# KIRTON LAW FIRM

---

Marlon G. Kirton, Esq.

Nassau County:
175 Fulton Avenue, Suite 305
Hempstead, New York 11550
Tel. # (516) 833-5617
Fax # (516) 833-5620

December 17, 2019

VIA ELECTRONIC FILING

Hon. P. Kevin Castel
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> Conference Adjourned
> From: 12/18/2019
> To: February 7, 2020 at 12:30 p.m.
> SO ORDERED:
> P. KEVIN CASTEL, U.S.D.J.
> Date: 12-17-19

Re: *U.S. v. Bobby Weston, 04 cr. 801 (PKC)*

Dear Judge Castel:

    I represent Bobby Weston in the above-referenced matter. I request an adjournment of tomorrow's conference to a date the week of February 3, 2020.

    The Government charged Mr. Weston with violating the terms of his supervised release. The basis of the violation is a new arrest for one (1) count of Illegal Reentry in violation of 8 U.S.C. 1326 (a). The new arrest is pending before the Hon. Judge Ramos. Mr. Weston pleaded guilty before Judge Ramos on October 30, 2019. The sentencing hearing is on January 31, 2019.

    The case before this Court is on for possible disposition. The parties are still negotiating a settlement and could benefit from an adjournment. I have the consent of the Government for this request. I request a date during the week of February 3, 2020. The defense consents to a Speedy Trial waiver until the next conference date.

    Please contact me if you have any questions or concerns.

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

1

cc: Thomas John Wright, Assistant United States Attorney (via electronic mail)