UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,  :
                                        :      ORDER
       -against-                :
                                        :      04 CR 801-19 (PKC)
Bobby Weston,                    :
                                        :
                    Defendants.  :
-------------------------------------------------------x

P. Kevin Castel, U.S.D.J.

      Marlon Kirton, attorney assigned to this case, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to Leonardo M. Aldridge.

SO ORDERED.

_____
United States District Judge

Dated: New York, New York
February 7, 2020