# LEONARDO M. ALDRIDGE
Attorney-At-Law
66 Willoughby St.,
Brooklyn NY 11201

March 10, 2020

**BY ECF**
Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007

Conference adjourned from March 20, 2020 to
April 20, 2020 at 12:30 a.m.
SO ORDERED.
Dated: 3/13/2020

_____
P. Kevin Castel
United States District Judge

Re: <u>U.S. v. Bobby Weston</u>, 04-801 (VOSR)

Your Honor:

A status conference on Mr. Bobby Weston's alleged violations of supervised release is currently scheduled for March 20. I am writing to respectfully request that the conference be adjourned for 30 days for two main reasons.

First, as Your Honor is aware, the MCC was shut down for several weeks and, once it reopened, visiting hours have been irregular, which has hindered my ability to properly and thoroughly counsel Mr. Weston prior to his court appearance. Second, the Hon. Edgardo Ramos recently appointed me to represent Mr. Weston in Cr. No. 19-503, where Mr. Weston may want to collaterally challenge his conviction. I have to explore what legal avenues he has in Cr. No. 19-503 (the defendant was already sentenced) and determine how that case dovetails, if at all, with the pending VOSR before Your Honor.

I spoke last night with AUSA Thomas Wright, assigned to this matter, and he consents to the adjournment the defense is seeking. We agreed to jointly propose to the Court that the hearing on this matter be held on Monday, April 20, if the Court's calendar allows. I have not sought any prior adjournments in this case.

Respectfully,
***S/Leonardo M. Aldridge***

1