UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                              04-cr-801 (PKC)

        -against-                                                   ORDER

BOBBY WESTON,

                              Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Defense counsel states that the defendant wishes to admit one or more of the violations "and immediately stand ready for sentencing." A hearing on the proposed admission and sentencing will be held on April 28, 2020 at 12 p.m.

        Chief Judge McMahon's Standing Order of March 30, 2020, issued pursuant to the terms of the CARES Act, authorizes the conduct of supervised release revocation proceedings under Rule 32.1 of the Federal Rules of Criminal Procedure to be conducted by video teleconferencing, or, if video teleconferencing is not reasonably available, by telephone conferencing.

        The Court is advised that access to videoconferencing technology may be available by the date of the proceeding, but it is possible that it will not be. If videoconferencing technology is not reasonably available, the proceedings will be conducted by telephone conferencing. In all events, defendant's consent to proceed by other than in-person appearance must be clearly reflected in the record at the outset of the proceeding.

- 2 -

The call-in information is as follows:

Call-in number: (888) 363-4749

Access Code: 3667981

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
April 15, 2020