

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 24, 2020

**By ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

> Appearance originally scheduled for April 28, 2020 is adjourned to May 6, 2020 at 12:00 p.m.
> SO ORDERED.
> Dated: 4/24/2020
>
> _____
> P. Kevin Castel
> United States District Judge

Re:   *United States v. Bobby Weston*, 04 CR 801 (PKC)

Dear Judge Castel,

    Following a recent Order of the Court on April 15, 2020, the parties are scheduled to return next before the Court on April 28, 2020 at 12:00 PM, when the Government anticipates that the defendant will admit the first of two specifications alleged against him in the pending violation of supervised release proceedings and that the parties will proceed to sentencing. At approximately the same time as the Court set this next appearance, the Government understands that amidst the coronavirus pandemic, the Southern and Eastern Districts of New York adopted a framework with the Bureau of Prisons ("BOP") to facilitate the remote appearance of detained defendants, like the defendant, by videoconference and teleconference from the Metropolitan Correctional Center ("MCC") where the defendant is detained. Pursuant to this framework, the Government understands that the Southern District of New York is able to schedule videoconferences and teleconferences through Ms. Krajick, the Clerk of Court, for defendants detained at the MCC on Mondays, Wednesdays, and Fridays. The Government has been in communication with the BOP about facilitating the defendant's remote appearance from the MCC on April 28, 2020, a Tuesday, and understands from the BOP, which has conscientiously attempted to make the defendant available pursuant to the Order of the Court, that a conflict exists as a result of the recently adopted framework. Accordingly, the Government respectfully requests on behalf of the parties an adjournment of the next appearance from April 28, 2020 to May 6, 2020, a Wednesday, at 10:00A, a date and time that the Government understands is convenient for the Court. If the Court is able

to confirm this date and time with Ms. Krajick, then the Government will follow up with the BOP to ensure the remote appearance of the defendant.

    Respectfully,

    GEOFFREY S. BERMAN
    United States Attorney

By: *Thomas John Wright*
    Thomas John Wright
    Assistant United States Attorney
    (212) 637-2295

cc: Veronica Dignam (United States Probation Office) (By Email)
    Leo Aldridge (Counsel to Defendant Bobby Weston) (By ECF)