UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    04-cr-801 (PKC)

        -against-                                      ORDER

BOBBY WESTON,

                        Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Defendant Bobby Weston was sentenced today to a term of imprisonment of time served plus 72 hours as measured from noon today.  Subject to any detainers, he may be released 72 hours from noon today.

        SO ORDERED.

                                                            P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
        August 17, 2020